UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

GRUNBERG 77 LLC,

              Plaintiffs,

      v.

B.R. GUEST PARENT HOLDINGS, LLC,

              Defendants.

---------------------------------------------------------------- x

**ORDER**

17 Civ. 5627 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 13, 2020 I held a status conference with the parties. At that conference the parties confirmed they had reached a settlement, and I dismissed the case with prejudice and without cost, as set forth in full on the record. However, the case was not marked closed. Accordingly, the Clerk shall terminate any open motions and mark the case closed.

SO ORDERED.

Dated:  New York, New York
        February 23, 2022

                                                _____/s/_____
                                                ALVIN K. HELLERSTEIN
                                                United States District Judge